```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   UNITED STATES OF AMERICA                           :
                                                      :
                  v.                                  :     18 Cr. 56 (KPF)
                                                      :
   FRANK BRIGHT,                                      :         ORDER
                                                      :
                          Defendant.                  :
                                                      :
------------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

In light of new restrictions due to the COVID-19 pandemic, Mr. Bright's re-sentencing proceeding is hereby ADJOURNED from December 4, 2020, to **January 8, 2021, at 3:30 p.m.** Access instructions for the video conference will be provided to the parties in advance of the conference.

SO ORDERED.

Dated:   December 2, 2020
         New York, New York

                                              _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge