UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FRANK BRIGHT,<br><br>Defendant. | 18 Cr. 56 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of continuing restrictions due to the COVID-19 pandemic, Mr. Bright's re-sentencing proceeding is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:   January 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge