UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 56 (KPF) |
| FRANK BRIGHT, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On March 10, 2021, Defendant Frank Bright filed a *pro se* motion to withdraw his guilty plea under Federal Rule of Criminal Procedure 11(d)(2), or, in the alternative, to vacate his plea, conviction, and sentence pursuant to 28 U.S.C. § 2255 (Dkt. #129). Defendant is currently pending re-sentencing and there is no final judgment in this matter. Given this unusual procedural posture, the Government and Mr. Bright's appointed Counsel for re-sentencing are hereby ORDERED to submit to the Court, on or before **April 1, 2021**, letters setting forth their views on how this matter should proceed in light of Defendant's motions.

SO ORDERED.

Dated: March 11, 2021
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge