UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 18 Cr. 56 (KPF) |
| FRANK BRIGHT, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are ordered to appear for a telephonic conference in this matter on **May 25, 2021, at 10:30 a.m.**  At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533#.  Please note, the conference line will not be available before 10:30 a.m.

    SO ORDERED.

Dated:   May 21, 2021
           New York, New York

                                                   KATHERINE POLK FAILLA
                                                   United States District Judge