UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>FRANK BRIGHT,<br><br>                                        Defendant. | 18 Cr. 56-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The re-sentencing in this matter will proceed on **September 22, 2021, at 3:00 p.m.** in Courtroom 618 in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:  August 13, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge