UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BRIGHT,

                Movant,

-v.-

UNITED STATES OF AMERICA,

                Respondent.

23 Civ. 4524 (KPF)
18 Cr. 54 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court is in receipt of a request by Petitioner's former defense counsel for additional time to file affidavits addressing Petitioner's allegations (Dkt. #160) as well as Petitioner's opposition to that request (Dkt. #161). The Court appreciates Petitioner's desire for this matter to be resolved expeditiously. However, the Court recognizes that former counsel has only had access to the declaration of Lynette C. Bright since July 19, 2023 (*see* Dkt. #159), and wishes for them to have time to review and fully respond to Petitioner's complete submission. Accordingly, former counsel's request is GRANTED. Ms. Sternheim, Mr. Yanella, and Mr. Huot shall file their affidavits on or before **August 25, 2023**. This deadline will not be extended again. The Government shall file any opposition to the pending petition within 60 days of receiving the attorney affidavits, and Petitioner may file a response within 30 days of receiving the Government's submission.

        Separately, the Court is in receipt of Petitioner's request for bail pending resolution of his petition. (Dkt. #162). The Government may file a response to that request on or before **September 4, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 160. The Clerk of Court is further directed to mail a copy of this endorsement to Petitioner's address of record.

SO ORDERED.

Dated: August 14, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge