UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

FRANK BRIGHT,

Defendant.

18 Cr. 56-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Frank Bright's motion for modification or reduction in sentence. (Dkt. #185). The Government is directed to file a response in 45 days, on or before **October 17, 2025**.

The Clerk of Court is hereby notified that Defendant's motion was filed with medical records, which will be produced to the Government under separate cover. The Clerk of Court is further directed to mail a copy of this Order to Defendant at the following address:

    FRANK BRIGHT, #69752-066
    FCI SCHUYLKILL
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 759
    MINERSVILLE, PA 17954

    SO ORDERED.

Dated:  September 2, 2025
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge